# NO. 12-12-00346-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *NJINSKI TYWON MURPHY,* *APPELLANT* | § | *APPEAL FROM THE 145TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,* *APPELLEE* | § | *NACOGDOCHES COUNTY, TEXAS* |

## MEMORANDUM OPINION
## PER CURIAM

Appellant Nijinski Tywon Murphy was convicted of aggravated assault with a deadly weapon, and sentence was imposed on May 26, 2010. Appellant filed a notice of appeal, but later filed a motion to dismiss the appeal, which this court granted. *See* **Murphy v. State**, No. 12-10-00169-CR (Tex. App.—Tyler Oct. 20, 2010, no pet.) (mem. op., not designated for publication).

On October 4, 2012, Appellant filed a notice of appeal complaining of alleged errors at his trial. However, these issues should have been raised in the appeal that we dismissed on Appellant's motion. *See id*. We have no jurisdiction to grant postconviction relief from a final felony conviction. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07 § 5 (West Supp. 2012). And the information received in this appeal does not include a subsequent final judgment or other appealable order. *See* TEX. R. APP. P. 26.2(a)(1). Therefore, we have no jurisdiction over the appeal.

On October 8, 2012, this court notified Appellant, pursuant to Texas Rule of Appellate Procedure 37.2, that the information received in this appeal does not contain a final judgment or

other appealable order.   Appellant was further informed that the appeal would be dismissed if the information received in the appeal was not amended on or before November 8, 2012, to show the jurisdiction of this court.   That deadline has passed, and Appellant has neither shown the jurisdiction of this court nor otherwise responded to this court's October 8 notice.

Because Appellant has not shown the jurisdiction of this court, the appeal is ***dismissed for want of jurisdiction.***   *See* TEX. R. APP. P. 37.2, 42.3.

Opinion delivered November 21, 2012.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS
# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS
# JUDGMENT

**NOVEMBER 21, 2012**

**NO. 12-12-00346-CR**

**NJINSKI TYWON MURPHY**,
Appellant
V.
**THE STAT E OF TEXAS**,
Appellee

---

Appeal from the 145th   Judicial District Court
Of Nacogdoches County, Texas. (Tr.Ct.No. F0916943)

---

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this court is without jurisdiction of the appeal, and that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*